*Theodore J. Miller* and *William J. McArthur* for appellant.

*Harold L. Warner* and *George D. Yeomans* for respondent.

Appeal dismissed, with costs, on the ground it is taken from the order of the Appellate Division and not from the judgment entered thereon, without prejudice, however, to an appeal from such judgment if the time to appeal therefrom has not expired; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

JAMES B. GAGE, Appellant, *v.* IRVING BANK AND TRUST COMPANY, Respondent.

*Trust — revocation — deed of trust for benefit of grantor during his life and directing payment of principal to his issue on his death — right to revoke when such right was not reserved and there were issue living at time of making grant.*

*Gage* v. *Irving Bank & Trust Co.*, 222 App. Div. 92, affirmed.
(Argued April 11, 1928; decided May 1, 1928.)

APPEAL from a judgment, entered December 10, 1927, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. Plaintiff, under an agreement with defendant, transferred to it a sum of money in trust " to pay to or apply the net income therefrom to the use of the grantor during his life, and upon his death to pay, transfer and set over the principal of said fund to the issue of the grantor in equal shares *per stirpes* and in default of such issue to the next of kin of the grantor, as determined by the laws of the State of New York." The grantor at the time of making the trust deed had three infant children and he reserved no right to revoke the trust. Thereafter plaintiff served a notice of revoca-

tion and brought this action to recover the principal fund and for an accounting as to income.

*David Joyce* for appellant.*

*Sydney G. Soons* and *Martin A. Schenck* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

In the Matter of the Petition of EMMA S. STARBUCK, as Executrix of CHARLES A. STARBUCK, Deceased, Respondent.

ARTHUR W. GRAEF et al., Respondents; EMPIRE TRUST COMPANY et al., Appellants.

*Surrogate's Court — practice — power of surrogate to modify prior decree fixing allowance to attorneys for estate.*

*Matter of Starbuck*, 221 App. Div. 702, affirmed.

(Argued April 12, 1928; decided May 1, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 18, 1927, which reversed a decree of the Westchester County Surrogate's Court purporting to modify a prior decree making an allowance to attorneys for the estate of Charles A. Starbuck, deceased. The Appellate Division held that the surrogate was without power to modify his prior decree and to reduce the allowance therein made to counsel.

*Melber B. Chambers, Henry L. Wheeler, Jr.,* and *Stuart McNamara* for appellants.

*Wallace T. Stock* and *Arthur W. Graef* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.